## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DONNA K. SALAZAR,**
*Individually and as Administrator of the*
*Estate of Mark E. Salazar, Deceased,*

      **Plaintiff,**

      **v.**

**ISLAMIC REPUBLIC OF IRAN, et al.,**

      **Defendants.**

           **Civil Action No.  02-0558 (JDB)**

### ORDER

Upon consideration of the Amended Complaint, the evidence presented at trial, and the entire record in this case, and for the reasons stated in the accompanying Findings and Conclusions, it is this <u>29th</u> day of March, 2005, hereby

**ORDERED** that defendants are jointly and severally liable for economic and compensatory damages in the amount of $18,297,000 payable to plaintiff; it is further

**ORDERED** that plaintiff shall submit briefing on the adequacy of service of the Amended Complaint by not later than April 15, 2005; it is further

**ORDERED** that a status conference is set for April 19, 2005, at 9:15 a.m.; and it is further

**ORDERED** that the Clerk of Court shall arrange for this Order to be translated into Farsi and cause a copy of the translated Order to be transmitted to the United States Department of State for service upon defendants through diplomatic channels.

                        /s/ John D. Bates

JOHN D. BATES
United States District Judge

Copy to:

John J. McDermott
HALL, ESTILL, HARDWICK, GABLE,
   GOLDEN & NELSON, P.C.
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036-3406
(202)973-2630
Fax : (202)973-1212
Email: jmcdermott@hallestill.com