UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONNA A. SALAZAR,
*Individually and as Administrator of the Estate of Mark E. Salazar, Deceased,*

    **Plaintiff,**

    v.

**ISLAMIC REPUBLIC OF IRAN, et al.,**

    **Defendants.**

Civil Action No. 02-0558 (JDB)

## ORDER

Upon consideration of the Amended Complaint, the evidence presented at trial, and the entire record in this case, and for the reasons stated in the Memorandum Opinion and Order issued on March 29, 2005 in this case, and the Memorandum Opinion and Order issued on this date in Civil Action No. 01-2224, Dammarell v. Islamic Republic of Iran, it is this  12th  day of May, 2005, hereby

**ORDERED** that judgment is entered for plaintiff on Count I (wrongful death) and Count III (intentional infliction of emotional distress) of the Amended Complaint; it is further

**ORDERED** that defendants are jointly and severally liable for economic and compensatory damages in the amount of $18,297,000 payable to plaintiff; and it is further

**ORDERED** that the Clerk of Court arrange for this Order to be translated into Farsi and cause a copy of the translated Order to be transmitted to the United States Department of State for service upon defendants Islamic Republic of Iran, Iranian Ministry of Information and Security,

and Islamic Revolutionary Guard Corps through diplomatic channels.


                                                 /s/ John D. Bates
                                          JOHN D. BATES
                                   United States District Judge

Copy to:

John J. McDermott
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036-3406
(202)973-2630
Fax : (202)973-1212
Email: jmcdermott@hallestill.com